# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH A. WILLIAMS,** | : | **CIVIL ACTION NO. 1:07-CV-1382** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JOSEPH SMITH, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 16th day of November, 2007, upon consideration of plaintiff's motion(Doc. 16) seeking reconsideration of this court's order (Doc. 12) denying his motion for an order directing the United States Marshal's Service to serve each defendant "exclusively at each defendant's physical dwelling house or place of abode," on the basis that there was no indiction that the Marshal's Service would not properly serve the defendants, and it appearing that plaintiff has failed to provide the court with sufficient reason to disturb the prior ruling, it is hereby ORDERED that plaintiff's motion (Doc. 16) is DENIED.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge