# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH A. WILLIAMS,** | : | **CIVIL ACTION NO. 1:07-CV-1382** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JOSEPH SMITH, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 28th day of December, 2007, upon consideration of plaintiff's motion (Doc. 20) for certification of interlocutory appeal pursuant to Fed. R. Civ. P. 54(b), which involves the entry of a judgment, and it appearing that no judgment has been entered in this matter, it is hereby ORDERED that plaintiff's motion (Doc. 20) is DENIED.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge