IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH A. WILLIAMS,** | : | **CIVIL ACTION NO. 1:07-CV-1382** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH SMITH**, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of February, 2008, upon consideration of plaintiff's motion for default judgment (Doc. 32), see FED. R. CIV. P. 55(a) (permitting entry of default judgment when a defendant "has failed to plead or otherwise defend"), and it appearing that the time for defendants to plead or otherwise defend did not expire prior to the filing of defendants' motion to dismiss (Doc. 33), see also Doc 25 (affording defendants until February 7, 2008 to respond to the complaint), it is hereby ORDERED that plaintiff's motion for default judgment (Doc. 32) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge