# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH A. WILLIAMS,** | : | **CIVIL ACTION NO. 1:07-CV-1382** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JOSEPH SMITH**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of January, 2011, upon consideration of defendants' motion for partial reconsideration (Doc. 93) of this court's order of October 1, 2010, (Doc. 92), and it appearing that defendants fail to demonstrate one of three major grounds for reconsideration ((1) an intervening change in controlling law; (2) the availability of new evidence [not available previously]; [or], (3) the need to correct clear error [of law] or prevent manifest injustice.'")), North River Ins. Co. v. Cigna Reinsurance Co., 52 F.3d 1194, 1218 (3d Cir. 1995) (citations omitted); see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa.) ("A motion for reconsideration is not to be used to reargue matters already argued and disposed of."), aff'd, 31 F.3d 1174 (3d Cir. 1994); see also Database America, Inc. v. Bellsouth Adver. & Publ'g Corp., 825 F. Supp. 1216, 1220 (D.N.J. 1993) (citations omitted) ("A party seeking reconsideration must show more than a disagreement with the Court's decision, and 'recapitulation of the cases and arguments considered by the court before rendering its original decision fails to carry the moving party's burden.'"), it is hereby ORDERED that:

1. The motion for reconsideration (Doc. 92) is DENIED.

2. The matter will be set for trial at the convenience of the court.


                                                      S/ Christopher C. Conner
                                                      CHRISTOPHER C. CONNER
                                                      United States District Judge