

# U.S. Department of Justice

*Peter J. Smith*
*United States Attorney*
*Middle District of Pennsylvania*

| *William J. Nealon Federal Building* | *Ronald Reagan Federal Building* | *Herman T. Schneebeli Federal* |
|---|---|---|
| *Suite 311* | *Suite 220* | *Building* |
| *235 N. Washington Avenue* | *228 Walnut Street* | *Suite 316* |
| *P.O. Box 309* | *P.O. Box 11754* | *240 West Third Street* |
| *Scranton, PA 18503-0309* | *Harrisburg, PA 17108-1754* | *Williamsport, PA 17701-6465* |
| *(570) 348-2800* | *(717) 221-4482* | *(570) 326-1935* |
| *FAX (570) 348-2037/348-2830* | *FAX (717) 221-4493/221-2246* | *FAX (570) 326-7916* |

*Please respond to:   Harrisburg*

April 11, 2013

The Honorable Christopher C. Conner
United States District Court
For the Middle District of Pennsylvania
United States Courthouse
228 Walnut Street
Harrisburg, PA 17108

        Re:   <u>Keith Williams v. Smith et al.</u>
+          1:CV-07-1382

Dear Judge Conner,

    The parties have settled the above-captioned matter today.

        Sincerely,

        PETER J. SMITH
        United States Attorney

        <u>/s/ Melissa A. Swauger</u>
        MELISSA A. SWAUGER
        Assistant United States Attorney

cc:   Vincent M. Monfredo, Esq.