UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH A. WILLIAMS,** | : | No. 1:CV-07-1382 |
|     **Plaintiff** | : | |
| | : | |
|    v. | : | (Conner, J.) |
| | : | |
| **JOSEPH SMITH, Individually;** | : | |
| **LT. EDDINGER, Individually;** | : | |
| **LT. GABERSON, Individually; and** | : | |
| **TWO CORRECTION OFFICERS,** | : | |
| **Individually,** | : | |
|     **Defendants** | : | Filed Electronically |

## STIPULATION OF DISMISSAL

      Plaintiff, Keith Williams, and Defendant, the United States of America, by and through their respective attorneys and pursuant to Federal Rule Civil Procedure 41(a)(1)(ii) and the Stipulation for Compromise Settlement entered into by the parties, hereby stipulate to the dismissal of the above-captioned action with prejudice with no award of costs or attorney's fees.

| | |
|---|---|
| | PETER J. SMITH |
| The Law Office of Vincent M. Monfredo | United States Attorney |
| | |
| /s/ Vincent Monfredo | /s/ Melissa Swauger |
| Vincent M. Monfredo, Esq. | Melissa A. Swauger |
| PA    206671 | Assistant United States Attorney |
| 5000 Ritter Rd., Suite 202 | PA 82382 |
| Mechanicsburg, PA 17055 | 228 Walnut St., 2nd Fl. |
| vmonfredo@gmail.com | Harrisburg, PA   17108-1754 |
| P.O. Box 11754 | Phone:  (717) 221-4482 |
| Phone:717-585-2064 | Facsimile: (717) 221-4493 |
| Facsimile: 888-959-1331 | melissa.swauger@usdoj.gov |

Date:  April 19, 2013